**SHARP MCQUEEN, P.A.**
419 N. Kansas - P.O. Box 2619
Liberal, KS  67905-2619
Phone:  (620) 624-2548

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KELLI GLUNT, )<br>    Plaintiff, )<br>vs. )<br>    )<br>WESTERN PLAINS REGIONAL HOSPITAL, L.L.C., )<br>    Defendant. )<br>_____ ) | Case No.  6:07-CV-1402 |

### AGREED ORDER FOR INSPECTION AND REPRODUCTION
### OF RECORDS AND RELATED INFORMATION

All employers, educational institutions, hospitals, clinics, pharmacies, physicians, health care providers, all other medical institutions and practitioners, or medical insurance groups, and any and all records clerks (state, county or city), past and present are hereby authorized, directed and ordered, upon receipt of a copy of this order, to make available for examination and reproduction, all medical records, employment records, payroll records, bills and statements, accounts and all other papers, instruments, documents and certified documents, of any type or nature whatever, within their care, custody or control, that relate to or concern Kelli Glunt, SS # xxx-xx-2069, DOB: xx/xx/1971, the Plaintiff in this action, as said inspection and reproduction may be requested by any of the undersigned.  <u>Provided however</u>, that this Order does not provide for the production of any medical records maintained in connection with any program relating to substance abuse education, prevention, training, treatment, rehabilitation or research, <u>which are conducted, regulated, or directly or indirectly assisted by any department or agency of the United States, and which are</u>

<u>covered by the provisions of 42 U.S.C. § 290dd-2 and 42 C.F.R., Part 2.</u>

All clerical fees and expenses are to be paid by the party requesting such examination and reproduction.

Dated this 25th day of February, 2008.

    s/   DONALD W. BOSTWICK
Honorable Donald W. Bostwick

APPROVED BY:

    /s/
Shirla R. McQueen, S. Ct. #013079
SHARP MCQUEEN, P.A.
419 North Kansas - P. O. Box 2619
Liberal, KS   67905-2619
620-624-2548 (phone)
620-624-9526 (fax)
smcqueen@sharpmcqueen.com
*Attorney for Plaintiff*

    /s/
Sneha Channabasappa, TN BPR #023555
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
615-850-8520 (work)
615-244-6380 (fax)
sneha.channabasappa@wallerlaw.com
*Attorney for Defendant*